AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Rafael Cee-Erwin Solomon<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>2:25-mj-00071 |

**FILED**
APR - 3 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 3, 2025__ in the county of __Kanawha__ in the
__Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

On April 3, 2025, at 2313 7th Avenue, in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Rafael Cee-Erwin Solomon possessed an approximately one kilogram block of a substance that field-tested positive for Cocaine, a Schedule II controlled substance. Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Carolyn D. Rash (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __04/03/2025__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*